# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

RONNIE FREENEY,

    Plaintiff,

v.

CLARENCE HEADD, GARY POLICE DEPT., and S & S TOWING,

    Defendants.

Case No. 2:17-CV-280 JVB

## ORDER

    Magistrate Judge Martin issued a Report and Recommendation on Plaintiff Ronnie Freeney's failure to appear at a show cause hearing and a status conference (DE 36). Plaintiff failed to appear at an April 19, 2018, status conference (DE 30). Subsequently, Magistrate Judge Martin ordered Plaintiff to appear in Court on May 21, 2018, for a Show Cause Hearing (DE 31). Plaintiff was warned that his failure to appear could result in the dismissal of his case. A copy of the order was mailed to Plaintiff. Despite these warnings, Plaintiff failed to appear at the Show Cause Hearing.

    Subsequently, due to Plaintiff's apparent disinterest in pursuing this case, and pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 41(b), Magistrate Judge Martin issued his recommendation that Plaintiff's case be dismissed. Magistrate Judge Martin also included a notice that Plaintiff had fourteen days to object to his recommendation. The deadline has passed for Plaintiff to object.

Accordingly, the Court ACCEPTS Magistrate Judge Martin's Report and Recommendation (DE 36) for the reasons stated in that report. The Clerk is directed to dismiss this case with prejudice.

SO ORDERED on June 28, 2018.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN  
UNITED STATES DISTRICT JUDGE